DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

IN RE TAYLOR

No. 106 PC.

Case below: 32 N.C. App. 742.

Petition for discretionary review under G.S. 7A-31 allowed 3 May 1977.

LEWIS CLARKE ASSOCIATES v. TOBLER

No. 79 PC.

Case below: 32 N.C. App. 435.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 May 1977.

McRORIE v. QUERY

No. 81 PC.

Case below: 32 N.C. App. 311.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 3 May 1977.

NELSON v. HARRIS

No. 77 PC.

Case below: 32 N.C. App. 375.

Petition by defendants for discretionary review under G.S. 7A-31 denied 3 May 1977.

SCHOFIELD v. TEA CO.

No. 93 PC.

Case below: 32 N.C. App. 508.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 May 1977.